MAY 27, 1976

No. 75–6454. ALLEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 60.